Kenneth BOND, Petitioner–Appellant,

v.

D.A. GARRAGHTY, Respondent–
Appellee.

No. 03–6823.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 12, 2003.

Decided Sept. 25, 2003.

Kenneth Bond, Appellant Pro Se.

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth Bond, a Virginia inmate, seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 (2000) petition. We have independently reviewed the record and conclude that Bond has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*